No. 73–206. PARKER, WARDEN, ET AL. *v.* LEVY. Appeal from C. A. 3d Cir. [Probable jurisdiction postponed, 414 U. S. 973.] Motion of Richard G. Augenblick for leave to file a brief as *amicus curiae* granted.

No. 73–235. DeFUNIS ET AL. *v.* ODEGAARD ET AL. Sup. Ct. Wash. [Certiorari granted, 414 U. S. 1038.] Motions of Anti-Defamation League of the B'nai B'rith and National Council of Jewish Women et al. for leave to participate in oral argument as *amici curiae* denied. Motions of Equal Employment Opportunity Commission, Chamber of Commerce of the United States, and American Bar Assn. for leave to file briefs as *amici curiae* granted. Motion of International Association of Official Human Rights Agencies for leave to adopt the *amicus curiae* brief of the State of Ohio denied.

No. 73–300. SAXBE, ATTORNEY GENERAL, ET AL. *v.* BUSTOS ET AL.; and
No. 73–480. CARDONA *v.* SAXBE, ATTORNEY GENERAL, ET AL. C. A. D. C. Cir. [Certiorari granted, 414 U. S. 1143.] Motion of the Solicitor General to waive printing of appendix and to proceed on original record granted.

No. 73–347. PHILLIPS PETROLEUM CO. *v.* TEXACO INC. C. A. 10th Cir. Motion of Northern Natural Gas Co. et al. for leave to file a brief as *amicus curiae* denied.

No. 73–477. GERSTEIN *v.* PUGH ET AL. C. A. 5th Cir. [Certiorari granted, 414 U. S. 1062.] Motion of the Attorney General of Florida for leave to participate in oral argument as *amicus curiae* granted and a total of 15 minutes allotted for that purpose. Respondents allotted an additional 15 minutes for oral argument.